# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID No. 0903024333 |
| | ) | |
| VANESSA NAISHO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Date Submitted: February 5, 2025
Date Decided: April 22, 2025

## ORDER

Upon consideration of Vanessa Naisho's Motion for Sentence Modification,[1] Delaware Superior Court Criminal Rule 35(b),[2] statutory and decisional law, and the record, **IT APPEARS THAT:**

(1)    On January 12, 2012, Naisho pled guilty to the following charges: Robbery First (IN09-04-2106) and Possession of a Firearm During the Commission of a Felony ("PFDCF") (IN09-04-2108).[3]

(2)    On March 26, 2012, Naisho was sentenced as follows: for Robbery First, 20 years Level V, suspended after 15 years for 5 years Level IV Work Release, suspended after 6 months for 18 months Level III; for PFDCF, 5 years Level V.[4]

---

[1] D.I. 56.
[2] Del. Super. Ct. Crim. R. 35(b).
[3] D.I. 31.
[4] D.I. 44.

(3)     On April 19, 2010, Naisho filed her first Rule 35(b) motion.[5]  On May 28, 2010, the Court denied Naisho's motion because her sentence was imposed pursuant to a Plea Agreement.[6]

(4)     On February 5, 2025, Naisho filed the instant Motion, asking the Court to modify the sentence for her Robbery First charge to the following: 20 years Level V, suspended after 15 years for 18 months Level III.[7]  In support of her Motion, Naisho mentions that she (1) has mental and physical disabilities that warrant relief; (2) will be 62 years old, suffers from chronic pain, and will be applying for Disability Benefits upon her release; and (3) intends on seeking re-entry assistance if her sentence is modified.[8]

(5)     Rule 35(b) governs motions for modification of partial confinement or probation.[9]  Pursuant to Rule 35(b), the Court may consider reducing the term or conditions of partial confinement or probation at any time; however, the Court "will not consider repetitive requests for reduction of sentence."[10]  A motion is repetitive

---

[5] D.I. 47.
[6] D.I. 49.
[7] D.I. 56.  Naisho is seeking to have her Level IV time suspended for her Robbery First charge.
[8] *Id*.
[9] Del. Super. Ct. Crim. R. 35(b).
[10] *Id*.; *see also State v. McCray*, 2024 WL 885436, at ¶ 4 (Del. Super. Mar. 1, 2024).

when it is proceeded by an earlier Rule 35(b) motion, even if the subsequent motion raises new arguments.[11]

(6)     Because Naisho seeks to modify her Level IV sentence, her request is not time-barred.  However, the bar to consider repetitive requests for modification of a sentence is absolute.[12]  "This procedural bar applies even when the subsequent motion requests a reduction or modification of a term of partial confinement or probation."[13]

(7)     Because this is Naisho's second Rule 35(b) motion, the instant Motion is barred as repetitive.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Naisho's Motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Calvin L. Scott*
Judge Calvin L. Scott, Jr.


cc:     Original to Prothonotary
        Joseph S. Grubb, *DAG*
        Vanessa Naisho, *Defendant*

---

[11] *State v. Culp*, 152 A.3d 141, 144 (Del. 2016); *see also Valentine v. State*, 2014 WL 7894374, at *2 (Del. Dec. 31, 2014) (describing a second Rule 35(b) motion, which raised a new argument, as "untimely and repetitive").
[12] *McCray*, 2024 WL 885436 at ¶ 5 (citing *State v. Burton*, 2020 WL 3057888, at *2 (Del. Super. June 5, 2020) ("The bar to considering repetitive motions has no exceptions.")).
[13] *Id*.

3